IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RIVERBEND ENVIRONMENTAL SERVICES, LLC                    PLAINTIFF

vs.                         CIVIL ACTION NO. 5:22-CV-31-DCB-BWR

CRUM & FORSTER SPECIALTY INSURANCE COMPANY               DEFENDANT

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Plaintiff Riverbend Environmental Services, LLC ("Plaintiff")'s Motion to Refer to Bankruptcy [ECF No. 66] and Defendant Crum & Forster Specialty Insurance Company ("Defendant")'s Motion for Summary Judgment [ECF No. 80]. The Court believes that additional information regarding FIRST Insurance Funding's notice of policy cancellation effective December 6, 2020, could prove helpful to the Court in ruling on these motions. See [ECF No. 72-1] at 4.

The Court therefore requests that the parties file supplemental briefs of no more than seven (7) pages in length that solely address the effect of the above-referenced notice of cancellation. The supplemental briefs should be filed with the Clerk of Court within ten (10) days of the date of this Order.

1

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit the requested supplemental briefing to the Court in compliance with the above instructions.

SO ORDERED, this the first day of November 2023.

                                                /s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE

.